ISLANDS, INC., a California
corporation, Plaintiff–
Appellant,

v.

UNITED STATES BUREAU OF REC-
LAMATION, DEPARTMENT OF IN-
TERIOR, Defendant–Appellee.

No. 99–16022.

D.C. No. CV–96–01937–FCD.

United States Court of Appeals,
Ninth Circuit.

Order filed June 5, 2000

Vacating the June 12, 2000
Oral Argument.

Submitted May 7, 2001.*

Decided May 11, 2001.

Before Chief Judge SCHROEDER,
HAWKINS and FISHER, Circuit Judges.

ORDER **

The district court's dismissal of this case
is vacated in light of the Supreme Court's
decision in *Central Green Co. v. United
States*, 531 U.S. 425, 121 S.Ct. 1005, 148
L.Ed.2d 919 (2001), and the case is re-
manded for further proceedings consistent
with that decision.

VACATED and REMANDED.

---

* The panel finds this case appropriate for sub-
mission without oral argument pursuant to
Federal Rule of Appellate Procedure 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.